ATTORNEY GRIEVANCE COMMISSION     \*     **IN THE**
OF MARYLAND

                                           \*     **COURT OF APPEALS**

**v.**                                         \*     **OF MARYLAND**

                                           \*     **Misc. Docket AG No. 66**

**MYESHA RUTH CRADDOCK**            \*     **September Term, 2021**

## ORDER

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, MyEsha Ruth Craddock, to disbar the Respondent from the practice of law, it is this 23rd day of February, 2022

**ORDERED,** by the Court of Appeals of Maryland, that the Respondent, MyEsha Ruth Craddock, be, and hereby is, disbarred from the practice of law in the State of Maryland for violation of Rule 8.4(a), (b), (c) and (d) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of MyEsha Ruth Craddock from the register of attorneys in this Court, and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

/s/ Robert N. McDonald
Senior Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk